JOHN P. HEHMAN
CLERK

2014 JUL 31 PM 12: 37

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No: |
| | : | 2:14CR161 |
| Plaintiff, | : | Judge Sargus |
| | : | |
| vs. | : | |
| | : | **18 U.S.C. § 1708** |
| **ARLIE O. RUFF,** | : | **Receipt of Stolen Mail Matter** |
| | : | |
| Defendant. | : | **18 U.S.C. § 1029(a)(2)** |
| | : | **Access Device Fraud** |

## INDICTMENT

THE GRAND JURY CHARGES:

### GENERAL ALLEGATIONS

1. From in and around April 2003 and continuing through in or around August 2009 in the Southern District of Ohio, Defendant ARLIE O. RUFF, did receive stolen mail matter, specifically accesss devices, commonly known as credit cards, and bank checks issued by financial institutions.

2. From in and around April 2003 and continuing through in or around August 2009 in the Southern District of Ohio, Defendant RUFF deposited stolen bank checks into a business account controlled by RUFF for personal enrichment. During that same period of time, RUFF used stolen credit cards to purchase grocery items and gift cards for personal enrichment.

3. At all times relevant to this Indictment, Defendant RUFF was a United States Postal Service Rural Carrier assigned to the Galloway, Ohio U.S. Post Office and associated mail delivery routes, and used the Westland Station U.S. Post Office to sort mail for Galloway mailing addresses.

## COUNT 1
### Receipt of Stolen Mail Matter

4. The General Allegations contained in paragraphs 1-3 of this Indictment are re-alleged and incorporated herein.

5. On or about August 15, 2009, in the Southern District of Ohio, Defendant ARLIE O. RUFF, did knowingly and intentionally receive, conceal and unlawfully have in his possession an article contained within a first class letter, to wit a Bank of America, Financial Institution Association Worldpoint Visa credit card ending in *3892, with over sixteen thousand dollars of available credit, which had been stolen, taken embezzled and abstracted from the Galloway, Ohio U.S. Post Office and associated U.S. Postal Service routes in Galloway, Ohio, and the Westland Station U.S. Post Office, all of which were authorized depositories for mail matter, knowing said mail was stolen, taken, embezzled and abstracted from an authorized depository for mail matter.

In violation of 18 U.S.C. § 1708.

## COUNT 2

### Access Device Fraud

6. The allegations contained in paragraphs 1-5 of this Indictment are re-alleged and incorporated herein.

7. On or about August 15, 2009, in the Southern District of Ohio, Defendant ARLIE O. RUFF, knowingly and with intent to defraud, used an access device card, to wit a Bank of America, Financial Institution Association Worldpoint Visa credit card ending in *3892, to obtain money, goods and services and initiate a transfer of funds which was unauthorized because such access device card had been stolen, and by such conduct, using this and other access device cards, from on or about September 15, 2009, and ending on or about August 15, 2009, obtained $4,225, and that said use affected interstate and foreign commerce, in that Bank of America is headquartered in North Carolina.

In violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i).

A TRUE BILL.

s/Foreperson
FOREPERSON

CARTER M. STEWART
United States Attorney

BRENDA S. SHOEMAKER
Financial Crimes Chief