IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

      VS.    :    No. 2:14 CR 161
                                    JUDGE SARGUS

ARLIE O. RUFF

GOVERNMENT'S PLEA AGREEMENT SUBMISSION
OF ELEMENTS AND PENALTIES FOR
18 U.S.C. §1708

Count 1
1. ELEMENTS: 18 U.S.C. §1708

First: That the defendant did abstract and remove, from a letter in which it was contained, the VISA card described in the Indictment;

Second: That defendant did so unlawfully and willfully;

Third: That the letter containing the VISA card had been stolen, taken, and abstracted from the mail;

Fourth: Such acts occurred on or about August 15, 2009, in the Southern District of Ohio.

2. PENALTIES

A. Mandatory Minimum: None

B. Possible Maximum: 5 years in prison, 3 years supervised release, $250,000 fine, and $100 special assessment.

Respectfully submitted,
CARTER M. STEWART
United States Attorney

s/Douglas W. Squires
DOUGLAS W. SQUIRES (0073524)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215