# CRIMINAL MINUTES

CR-2-14-161
USA vs. ARLIE O. RUFF
    (On Bond)

## CHANGE OF PLEA

**Hearing held on THURSDAY, 10/16/14**
**2:20 PM**
**before Judge Edmund A. Sargus, Jr.**

For Govt: Douglas Squires, AUSA

For Deft: Gordon Hobson, Esq.

- Defendant sworn in
- Defendant pleaded GUILTY to Count 1 of the Indictment
- Summary of terms and conditions of Plea Agreement by Mr Squires
- Mr Mark Montoya, Postal Inspector, gave Statement of Facts
- Court accepted Plea and Conditions of Plea Agreement
- **PSI ORDERED**
- Bond status continued.

(10 mins)

Laura Samuels, Court Reporter
Kevin Snell, Law Clerk
Andy Quisumbing, Courtroom Deputy